# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0196.  ROLF P. BARKER v. TRENA B. BARKER.

Rolf and Trena Barker were divorced in June 2008.  Rolf Barker subsequently filed a petition for downward modification of child support in the trial court, and Trena Barker counterclaimed for contempt of the divorce decree.   The trial court entered its final order denying Rolf Barker's petition on March 7, 2014, then entered its final order on the cross motions for contempt on June 20, 2014.  Rolf filed a motion for new trial, which the trial court denied.  Rolf then filed his notice of appeal. However, we lack jurisdiction.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Williams v. Cooper*, 280 Ga. 145 (625 SE2d 754) (2006) (Supreme Court decided appeal from attorney fee award arising out of contempt proceeding to enforce a support obligation).  As the underlying subject matter of this appeal is child support and/or alimony, it is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/22/2016
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

Stephen E. Castlen
, *Clerk.*